# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **COURTHOUSE NEWS SERVICE,** | : | Case No. 2:22-cv-02471 |
| | : | |
| **Plaintiff,** | : | Judge Sarah D. Morrison |
| | : | |
| v. | : | Magistrate Judge Vascura |
| | : | |
| **MARYELLEN O'SHAUGHNESSY,** | : | |
| in her official capacity as Clerk of | : | |
| Franklin County Court of Common Pleas, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SATISFACTION OF JUDGMENT

The undersigned hereby notifies the Court that the Judgment of the Court (ECF 56) in the amount of $135,936.00 which was filed with the Clerk of Court on November 15, 2023 in the instant case has been satisfied by the Defendant and is hereby released.

Respectfully submitted,

/s/ John C. Greiner
John C. Greiner (0005551)
Darren W. Ford (0086449)
FARUKI PLL
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202
T: (513) 632-0315
F: (513) 632-0319
Email:  jgreiner@ficlaw.com
        dford@ficlaw.com

*Attorneys for Plaintiff*
*Courthouse News Service*

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed electronically on April 22, 2024.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ John C. Greiner
John C. Greiner (0005551)

4866-2167-0840.1